1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 | DARREN GILBERT,                        ) No.  1:22-cv-00320-JLT-BAM
                                           )
12 |            Plaintiff,                 ) **STIPULATION FOR CONTINUANCE OF**
                                           ) **MANDATORY SCHEDULING**
13 |      vs.                              ) **CONFERENCE; [PROPOSED] ORDER**
                                           )
14 | XIPING ZHAO dba PACIFIC MARKET, et    )
   | al.;                                  ) Date:        June 21, 2022
15 |                                       ) Time:        9:00 a.m.
                                           ) Courtroom:   8
16 |            Defendants.                ) Magistrate Judge Barbara A. McAuliffe
                                           )
17                                         )
                                           )
18 |_____   )

19     **WHEREAS,** a Mandatory Scheduling Conference is currently scheduled in this matter

20 for June 21, 2022 at 9:00 a.m. (Dkt. 3);

21     **WHEREAS,** Plaintiff Darren Gilbert ("Plaintiff"), and Defendants, Xiping Zhao dba

22 Pacific Market, Gui Shuang Zhu dba Pacific Market, and Chet Cummins (collectively

23 "Defendants," and together with Plaintiff, "the Parties"), are engaging in good faith settlement

24 discussions;

25     **WHEREAS,** Plaintiff has duly noticed an inspection of the subject property which will

26 take place on June 22, 2022, and after receiving his Certified Access Specialist consultant's

27 written findings from the inspection, will make a barrier removal proposal to Defendants for the

28 purpose of resolving his claims for injunctive relief;

**WHEREAS**, the Parties wish to conserve time and resources which would otherwise be spent preparing for and attending the scheduling conference, and instead focus their resources toward settlement;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for June 21, 2022 to a date at the Court's convenience on or after August 22, 2022.

Dated: June 14, 2022                                     MOORE LAW FIRM, P.C.

                                                         */s/ Tanya E. Moore*
                                                         Tanya E. Moore
                                                         Attorney for Plaintiff,
                                                         Darren Gilbert

Dated: June 14, 2022                                     BORTON PETRINI, LLP

                                                         */s/ Sarah A. Ornelas*
                                                         Sarah A. Ornelas
                                                         Attorneys for Defendants,
                                                         Xiping Zhao dba Pacific Market, Gui
                                                         Shuang Zhu dba Pacific Market, and Chet
                                                         Cummins

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for June 21, 2022 is continued to **August 30, 2022, at 9:30 AM in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe. The parties are to file their Joint Scheduling Report no later than seven days prior to the Mandatory Scheduling Conference.

The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire

required.  If the parties file a notice of settlement or other dispositional documents prior to the conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated:   **June 15, 2022**              /s/ *Barbara A. McAuliffe*            
                                   UNITED STATES MAGISTRATE JUDGE