1    Tanya E. Moore, SBN 206683
     MOORE LAW FIRM, P.C.
2    300 South First Street, Suite 342
     San Jose, California  95113
3    Telephone: (408) 298-2000
     Facsimile: (408) 298-6046
4    Emails: tanya@moorelawfirm.com;
     service@moorelawfirm.com
5
     Attorney for Plaintiff,
6    Darren Gilbert

7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11   DARREN GILBERT,                          )   No.  1:22-cv-00320-JLT-BAM
                                              )
12              Plaintiff,                    )   **SECOND STIPULATION FOR**
                                              )   **CONTINUANCE OF MANDATORY**
13        vs.                                 )   **SCHEDULING CONFERENCE;**
                                              )   **[PROPOSED] ORDER**
14   XIPING ZHAO dba PACIFIC MARKET, et       )
     al.;                                     )
15                                            )   Date:        August 30, 2022
                                              )   Time:        9:30 a.m.
16              Defendants.                   )   Courtroom:   8
                                              )   Magistrate Judge Barbara A. McAuliffe
17                                            )
                                              )
18   _____ )

19        **WHEREAS,** a Mandatory Scheduling Conference in this matter was continued once

20   previously and is currently scheduled for August 30, 2022 at 9:30 a.m. (Dkt. 8);

21        **WHEREAS,** Plaintiff Darren Gilbert ("Plaintiff"), and Defendants, Xiping Zhao dba

22   Pacific Market, Gui Shuang Zhu dba Pacific Market, and Chet Cummins (collectively

23   "Defendants," and together with Plaintiff, "the Parties"), had previously stipulated to continue

24   the Mandatory Scheduling Conference to allow them to exhaust settlement efforts, at which

25   time Plaintiff had duly noticed an inspection of the subject property which was expected to

26   take place on June 22, 2022 (Dkt. 7);

27        **WHEREAS,** Plaintiff's inspection was continued twice at Defendants' request, first to

28   August 11, 2022, and then to August 18, 2022;

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;
[PROPOSED] ORDER

1   **WHEREAS,** after receiving his Certified Access Specialist consultant's written

2   findings from the inspection, Plaintiff will make a barrier removal proposal to Defendants for

3   the purpose of resolving his claims for injunctive relief;

4   **WHEREAS**, the Parties wish to conserve time and resources which would otherwise

5   be spent preparing for and attending the scheduling conference, and instead focus their

6   resources toward settlement;

7   **NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to

8   a further continuance of the Mandatory Scheduling Conference currently set for August 30,

9   2022 to a date at the Court's convenience on or after October 31, 2022.

10

11   Dated: August 16, 2022                    MOORE LAW FIRM, P.C.

12

13                                             */s/ Tanya E. Moore*

14                                             Tanya E. Moore
                                               Attorney for Plaintiff,

15                                             Darren Gilbert

16
     Dated: August 16, 2022                    BORTON PETRINI, LLP
17

18                                             */s/ Sarah A. Ornelas*

19                                             Sarah A. Ornelas
                                               Attorneys for Defendants,

20                                             Xiping Zhao dba Pacific Market, Gui
                                               Shuang Zhu dba Pacific Market, and Chet

21                                             Cummins

22

23

24

25

26

27

28

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;
[~~PROPOSED~~] ORDER

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for August 30, 2022, is continued to **November 2, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties are to file their Joint Scheduling Report no later than seven days prior to the Mandatory Scheduling Conference.

The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required. If the parties file a notice of settlement or other dispositional documents prior to the conference, then the conference will be vacated.


IT IS SO ORDERED.

Dated:   **August 17, 2022**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE